## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-11747 |
| | | CHAPTER 13 |
| Robert L. DuBose, Jr. | | |
| Gladys DuBose | : | JUDGE Jeffrey P. Hopkins |
| | | |
| DEBTORS | : | MOTION TO RETAIN INSURANCE |
| | | PROCEEDS |

Comes now the debtor(s) who respectfully state that they have received or are about to receive insurance proceeds in the amount of $7,299.22.

### MEMORANDUM

Debtor(s) propose to pay $0 to the Chapter 13 Trustee and retain $7,299.22 for their maintenance and support pursuant to 11 U.S.C. Section 1325.

Debtor(s) propose to use their insurance proceeds to pay the following expenses:

Debtors' property suffered a flood. Debtors replacement and repairs from the damage are $7,632.47. Debtors' have attached a copy of the claim and estimate to this motion.

The Plan currently provides for payment of 1% to the unsecured creditors.  The plan percentage will remain at 1% .

Respectfully submitted,


/s/ Brian D. Flick, Esq.
Brian D. Flick, Esq. (0081605)
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
(513) 645-3488
(216) 373-0539 e-fax
notices@dannlaw.com
Attorney for Debtor(s)

## **DEBTOR'S VERIFICATION**

The Debtor(s),  Robert L. DuBose, Jr. and Gladys DuBose, being first duly sworn and cautioned state(s) as follows:

1.  The requested retained funds will be used for the purpose stated above.

2.  These expenses were not budgeted for within Schedule J (or if they were – explain what happened).

3.  I/We are requesting to retain the tax refund, inheritance, bequest, lottery winnings, gifts, or insurance proceeds to pay for these expenses.


/s/ Robert L. DuBose, Jr.                          /s/ Gladys DuBose
Robert L. DuBose, Jr., Debtor                  Gladys DuBose, Co-Debtor

## **NOTICE**

Your counsel has filed papers with the Court to retain insurance proceeds.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy. If you do not have one, you may wish to consult one.

If you do not want the court to grant the Motion to Retain Insurance Proceeds or if you want the court to consider your views on the Motion, then within twenty-one (21) days from the date of service as set forth in the certificate of service below you or your attorney must file with the court a written request for a hearing {or, if the court requires a written response, an answer, explaining your position} at:

> Clerk of the US Bankruptcy Court
> Atrium Two, Suite 800
> 221 East Fourth Street
> Cincinnati, Ohio 45202

> You must also mail a copy to:

| | |
|---|---|
| Brian D. Flick, Esq. | Margaret Burks, Chapter 13 Trustee |
| DannLaw, 15000 Madison Avenue | 600 Vine Street |
| Lakewood, OH 44107 | Suite 2200 |
| | Cincinnati, OH 45202 |

Office of the US Trustee
J.W. Peck Federal Building
550 Main Street
Room 4-812
Cincinnati, Ohio 45202

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  September 15, 2021

/s/ Brian D. Flick, Esq.
Brian D. Flick, Esq. (0081605)
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
(513) 645-3488
(216) 373-0539 e-fax
notices@dannlaw.com
*Attorney for Debtor(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing <u>Motion to Retain</u> was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

by **first class mail** on September 15, 2021 addressed to:

Robert L. DuBose, Jr.
Gladys DuBose
549 Bessinger Drive
Cincinnati, OH 45240

Land Claims Services, LLC
652 Blazing Trail
Oregonia, OH 45054


All creditors on the attached matrix

<u>/s/ Brian D. Flick, Esq.</u>
Brian D. Flick, Esq. (0081605)
DannLaw
*Attorney for Debtor(s)*

Label Matrix for local noticing
0648-1
Case 1:18-bk-11747
Southern District of Ohio
Cincinnati
Thu Jul  2 18:47:15 EDT 2020

Asst US Trustee (Cin)
Office of the US Trustee
J.W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, OH 45202-5212

BioWorks
PO Box 641089
Cincinnati, OH 45264-1089

Margaret A Burks
600 Vine Street
Suite 2200
Cincinnati, OH 45202-2491

CITY OF FOREST PARK
c/o Weltman, Weinberg & Reis, Co.,L.P.A.
323 W. Lakeside Avenue, Ste 200
Cleveland, OH 44113-1009

(p)CHOICE RECOVERY INC
1550 OLD HENDERSON ROAD
STE 100
COLUMBUS OH 43220-3662

Cincinnati Bell
P.O. Box 748003
Cincinnati, OH 45274-8003

City of Forest Park
1201 W. Kemper Road
Cincinnati, OH 45240-1697

Dr. Leonards/Carol Wright
1515 S. 21st St.
Clinton, IA 52732-6676

Gladys Saturday DuBose
549 Bessinger Dr.
Cincinnati, OH 45240-3956

Robert L DuBose Jr.
549 Bessinger Dr.
Cincinnati, OH 45240-3956

Duke Energy
Bankruptcy Dept.
PO Box 1006-EC03T
Charlotte, NC 28201

Good Samaritan Hospital
P.O. Box 740740
Cincinnati, OH 45274-0740

Adam Bradley Hall
Manley Deas Kochalski
P.O. Box 165028
Columbus, OH 43216-5028

Key Bridge Medical Revenue Care
2343 Baton Rouge
PO Box 1568
Lima, OH 45802-1568

Laboratory Corporation of America
PO Box 2240
Burlington, NC 27216-2240

Massey's
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Mercy Health
PO Box 1123
Minneapolis, MN 55440-1123

Mercy Health Partners
PO Box 630804
Cincinnati, OH 45263-0804

Mercy Health Physicians
PO Box 630827
Cincinnati, OH 45263-0827

Mercy Hospital Fairfield
PO Box 630804
Cincinnati, OH 45263-0804

Monroe & Main
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Monroe and Main
1112 7th Ave.
Monroe, WI 53566-1364

Montgomery Ward
1112 7th Ave.
Monroe, WI 53566-1364

Montgomery Ward
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Ohio GI and Liver Institute
PO Box 631217
Cincinnati, OH 45263-1217

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA  98083-0788

Receivables Management LLC
1809 N .Broadway Rd.
Greensburg, IN 47240-8217

Receivables Performance Management LLC
20816 44th Avenue W.
Lynnwood, WA 98036-7744

Robert Samaan, MD
3050 Mack Rd.
Suite 305
Fairfield, OH 45014-5376

SENEX SERVICES CORP
3333 FOUNDERS RD, 2ND FLOOR
INDIANAPOLIS, IN 46268-4932

SYNCB/Care Credit
PO Box 965036
Orlando, FL 32896-5036


Senex Services
3333 Founders Road
Suite 200
New Augusta, IN 46268-4932

Senex Services Corp.
3077 E 98th St., Ste 250
Indianapolis, IN 46280-2909

Spectrum Time Warner
PO Box 1060
Carol Stream, IL 60132-1060


Swiss Colony
1112 7th Avenue
Monroe, WI 53566-1364

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

The Swiss Colony
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849


Tri-State Centers for Sight
PO Box 631662
Cincinnati, OH 45263-1662

TruPartner Credit Union
1717 Westen Ave.
Cincinnati, OH 45214-2007

Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335


Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
1000 Blue Gentian Road
Eagan MN 55121-7700

Wells Fargo Bank, NA
c/o Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

Nicholas A Zingarelli
DannLaw
2181 Victory Parkway
Suite 101
Cincinnati, OH 45206-2907


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Choice Recovery
1550 Old Henderson Rd., Ste. S100
Columbus, OH 43220


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Senex Services Corp.

(u)Wells Fargo Bank, N.A.

End of Label Matrix
Mailable recipients    44
Bypassed recipients     2
Total                  46

**Land Claims Services, LLC**

652 Blazing Trail
Oregonia, OH 45054
Tax ID #: 27-0478262

| | | |
|---|---|---|
| Insured: | Robert & Gladys Dubose | Cellular: (513) 604-8954 |
| Property: | 549 Bessinger Dr. | |
| | Cincinnati, OH 45240-3956 | |

Claim Rep.: James Lynch

Estimator: Jay Land, AIC, AIM     Cellular: (614) 204-4232
E-mail:

Reference:
Company: Ohio Fair Plan Underwriting Assn
Business: 2500 Corporate Exchange Dr, Ste. 250
Columbus, OH 43231

**Claim Number:**        **Policy Number:**        **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 3/4/2021 | | |
| Date of Loss: | 3/2/2021 | Date Received: | 3/4/2021 |
| Date Inspected: | 3/4/2021 2:00 PM | Date Entered: | 4/3/2021 9:30 PM |

Price List: OHCI8X_MAR21
Restoration/Service/Remodel
Estimate: DUBOSE_ROBERT-
GLADYS

Note: This is a repair estimate, only. This is not an authorization to repair. Authorization to repair and guarantee of payment must come from the owner of the property. No inspector or appraiser has authority to authorize repair or guarantee payment. We do not assume any responsibility of repairs that may be made.

**Land Claims Services, LLC**

652 Blazing Trail
Oregonia, OH 45054
Tax ID #: 27-0478262

## DUBOSE_ROBERT-GLADYS

### Lower Level



**Utility Room**

| | | |
|---|---|---|
| 202.00 SF Walls | 46.52 SF Ceiling | Height: 8' |
| 248.52 SF Walls & Ceiling | 46.52 SF Floor | |
| 5.17 SY Flooring | 24.83 LF Floor Perimeter | |
| 27.33 LF Ceil. Perimeter | | |

**Door**  2' 6" X 6' 8"  **Opens into Exterior**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Remove Packaged air conditioning unit - 3.5 ton 14-16 SEER | | | | | | | | | |
| 1.00 EA | 144.44 | 0.00 | 28.88 | 173.32 | 0/16 yrs | Avg. | NA | (0.00) | 173.32 |
| Packaged air conditioning unit - 3.5 ton 14-16 SEER | | | | | | | | | |
| 1.00 EA | 3,401.56 | 205.22 | 721.36 | 4,328.14 | 15/16 yrs | Avg. | 75% [M] | (2,127.17) | 2,200.97 |

*Depreciation applied to furnace unit materials is based on age of approximately 15 years with a life expectancy of 16 years, based on advisement of the age of the materials. Xactimate pricing and depreciation database was utilized for this aspect of the estimate.*

| HVAC Technician - per hour | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2.50 HR | 99.41 | 0.00 | 49.70 | 298.23 | 0/NA | Avg. | 0% | (0.00) | 298.23 |

*Additional labor to remove plenum/ductwork above unit and clean out cubby.*

| Remove Vinyl tile - Standard grade | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 46.52 SF | 1.18 | 0.00 | 10.98 | 65.87 | 0/50 yrs | Avg. | NA | (0.00) | 65.87 |
| Vinyl tile - Standard grade | | | | | | | | | |
| 53.50 SF | 2.86 | 4.88 | 31.58 | 189.47 | 25/50 yrs | Avg. | 50% | (33.74) | 155.73 |

*Depreciation applied to tile flooring materials is based on age of approximately 25 years with a life expectancy of 50 years, based on advisement of the age of the materials. Xactimate pricing and depreciation database was utilized for this aspect of the estimate.*

| Vinyl Floor Covering Installer - per hour | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2.00 HR | 86.91 | 0.00 | 34.76 | 208.58 | 0/NA | Avg. | 0% | (0.00) | 208.58 |

*Additional labor to cut tile to fit around plumbing lines and other obstacles in this room.*

| Washing machine - Remove & reset | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 EA | 40.87 | 0.00 | 8.18 | 49.05 | 0/NA | Avg. | 0% | (0.00) | 49.05 |
| Dryer - Remove & reset | | | | | | | | | |
| 1.00 EA | 31.51 | 0.00 | 6.30 | 37.81 | 0/NA | Avg. | 0% | (0.00) | 37.81 |
| Content Manipulation charge - per hour | | | | | | | | | |
| 2.00 HR | 39.16 | 0.00 | 15.66 | 93.98 | 0/NA | Avg. | 0% | (0.00) | 93.98 |

| Totals: Utility Room | | 210.10 | 907.40 | 5,444.45 | | | | 2,160.91 | 3,283.54 |
|---|---|---|---|---|---|---|---|---|---|

| Total: Lower Level | | 210.10 | 907.40 | 5,444.45 | | | | 2,160.91 | 3,283.54 |
|---|---|---|---|---|---|---|---|---|---|

### Main Level

DUBOSE_ROBERT-GLADYS

8/21/2021 5:23:38 PM  PAGE  3/024  Fax Server

Fax Server

**Land Claims Services, LLC**

652 Blazing Trail
Oregonia, OH 45054
Tax ID #: 27-0478262

**Bathroom**       Height: 8'

225.53 SF Walls       51.29 SF Ceiling
276.81 SF Walls & Ceiling       51.29 SF Floor
5.70 SY Flooring       27.77 LF Floor Perimeter
30.27 LF Ceil. Perimeter

**Door**       2' 6" X 6' 8"       **Opens into Exterior**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Remove Bathtub | | | | | | | | | |
| 1.00 EA | 78.14 | 0.00 | 15.62 | 93.76 | 0/50 yrs | Avg. | NA | (0.00) | 93.76 |
| Bathtub | | | | | | | | | |
| 1.00 EA | 789.79 | 31.78 | 164.32 | 985.89 | 25/50 yrs | Avg. | 50% | (219.64) | 766.25 |

*Depreciation applied to bath tub materials is based on age of approximately 25 years with a life expectancy of 50 years, based on advisement of the age of the materials. Xactimate pricing and depreciation database was utilized for this aspect of the estimate.*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Caulking - silicone | | | | | | | | | |
| 34.00 LF | 2.03 | 0.48 | 13.90 | 83.40 | 10/5 yrs | Avg. | 75% [M] | (4.95) | 78.45 |

*Depreciation applied to caulk materials is based on age of approximately 10 years with a life expectancy of 5 years, based on advisement of the age of the materials. Xactimate pricing and depreciation database was utilized for this aspect of the estimate.*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Remove and Replace Tub/shower faucet | | | | | | | | | |
| 1.00 EA | 306.15 | 10.92 | 63.40 | 380.47 | 25/20 yrs | Avg. | 75% [M] | (113.19) | 267.28 |
| Remove and Replace Shower drain - for use with waterproof membrane | | | | | | | | | |
| 1.00 EA | 212.36 | 11.37 | 44.74 | 268.47 | 25/100 yrs | Avg. | 25% | (39.28) | 229.19 |
| Remove and Replace Drain/Vent line - PVC pipe with fitting and hanger, 2" | | | | | | | | | |
| 4.00 LF | 12.70 | 0.51 | 10.26 | 61.57 | 25/100 yrs | Avg. | 25% | (1.78) | 59.79 |
| **Totals: Bathroom** | | **55.06** | **312.24** | **1,873.56** | | | | **378.84** | **1,494.72** |
| **Total: Main Level** | | **55.06** | **312.24** | **1,873.56** | | | | **378.84** | **1,494.72** |

**General Conditions**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Single axle dump truck - per load - including dump fees | | | | | | | | | |
| 1.00 EA | 192.67 | 0.00 | 38.54 | 231.21 | 0/NA | Avg. | NA | (0.00) | 231.21 |
| **Totals: General Conditions** | | **0.00** | **38.54** | **231.21** | | | | **0.00** | **231.21** |
| **Line Item Totals: DUBOSE_ROBERT-GLADYS** | | **265.16** | **1,258.18** | **7,549.22** | | | | **2,539.75** | **5,009.47** |

[%] - Indicates that depreciate by percent was used for this item

[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

DUBOSE_ROBERT-GLADYS       5/24/2021       Page: 3

8/21/2021 5:23:38 PM PAGE 4/024 Fax Server

Fax Server

**Land Claims Services, LLC**

652 Blazing Trail
Oregonia, OH 45054
Tax ID #: 27-0478262

**Grand Total Areas:**

| | | |
|---|---|---|
| 427.53 SF Walls | 97.81 SF Ceiling | 525.33 SF Walls and Ceiling |
| 97.81 SF Floor | 10.87 SY Flooring | 52.61 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 57.61 LF Ceil. Perimeter |
| 97.81 Floor Area | 117.90 Total Area | 427.53 Interior Wall Area |
| 533.13 Exterior Wall Area | 62.94 Exterior Perimeter of Walls | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

**Land Claims Services, LLC**

652 Blazing Trail
Oregonia, OH 45054
Tax ID #: 27-0478262

## Summary for Coverage A - Dwelling

| | |
|---|---:|
| Line Item Total | 6,025.88 |
| Material Sales Tax | 265.16 |
| Subtotal | 6,291.04 |
| Overhead | 629.09 |
| Profit | 629.09 |
| **Replacement Cost Value** | **$7,549.22** |
| Less Depreciation | (2,539.75) |
| **Actual Cash Value** | **$5,009.47** |
| Less Deductible | (250.00) |
| **Net Claim** | **$4,759.47** |
| Total Recoverable Depreciation | 2,539.75 |
| **Net Claim if Depreciation is Recovered** | **$7,299.22** |

Jay Land, AIC, AIM



## Land Claims Services, LLC

652 Blazing Trail
Oregonia, OH 45054
Tax ID #: 27-0478262

| | | | |
|---|---|---|---|
| Insured: | Robert & Gladys Dubose | Cellular: | (513) 604-8954 |
| Property: | 549 Bessinger Dr. | | |
| | Cincinnati, OH 45240-3956 | | |

Claim Rep.: James Lynch

| | | | |
|---|---|---|---|
| Estimator: | Jay Land, AIC, AIM | Cellular: | (614) 204-4232 |
| | | E-mail: | |

Reference:
Company:   Ohio Fair Plan Underwriting Assn
Business:   2500 Corporate Exchange Dr, Ste. 250
Columbus, OH 43231

**Claim Number**              **Policy Number:**              **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 3/4/2021 | | |
| Date of Loss: | 3/2/2021 | Date Received: | 3/4/2021 |
| Date Inspected: | 3/4/2021 2:00 PM | Date Entered: | 4/3/2021 9:30 PM |

Price List:   OHCI8X_MAR21
Restoration/Service/Remodel
Estimate:   DUBOSE_ROBERT-
GLADYS

Note: This is a repair estimate, only. This is not an authorization to repair. Authorization to repair and guarantee of payment
must come from the owner of the property. No inspector or appraiser has authority to authorize repair or guarantee payment.
We do not assume any responsibility of repairs that may be made.

**Land Claims Services, LLC**

652 Blazing Trail
Oregonia, OH 45054
Tax ID #: 27-0478262

### DUBOSE_ROBERT-GLADYS

#### Lower Level



| Utility Room | | Height: 8' |
|---|---|---|
| 202.00 SF Walls | | |
| 248.52 SF Walls & Ceiling | 46.52 SF Ceiling | |
| 5.17 SY Flooring | 46.52 SF Floor | |
| 27.33 LF Ceil. Perimeter | 24.83 LF Floor Perimeter | |

**Door**                    **2' 6" X 6' 8"**          **Opens into Exterior**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Remove Packaged air conditioning unit - 3.5 ton 14-16 SEER | | | | | | | | | |
| 1.00 EA | 144.44 | 0.00 | 28.88 | 173.32 | 0/16 yrs | Avg. | NA | (0.00) | 173.32 |
| Packaged air conditioning unit - 3.5 ton 14-16 SEER | | | | | | | | | |
| 1.00 EA | 3,401.56 | 205.22 | 721.36 | 4,328.14 | 15/16 yrs | Avg. | 75% [M] | (2,127.17) | 2,200.97 |
| *Depreciation applied to furnace unit materials is based on age of approximately 15 years with a life expectancy of 16 years, based on advisement of the age of the materials. Xactimate pricing and depreciation database was utilized for this aspect of the estimate.* | | | | | | | | | |
| HVAC Technician - per hour | | | | | | | | | |
| 2.50 HR | 99.41 | 0.00 | 49.70 | 298.23 | 0/NA | Avg. | 0% | (0.00) | 298.23 |
| *Additional labor to remove plenum/ductwork above unit and clean out cubby.* | | | | | | | | | |
| Remove Vinyl tile - Standard grade | | | | | | | | | |
| 46.52 SF | 1.18 | 0.00 | 10.98 | 65.87 | 0/50 yrs | Avg. | NA | (0.00) | 65.87 |
| Vinyl tile - Standard grade | | | | | | | | | |
| 53.50 SF | 2.86 | 4.88 | 31.58 | 189.47 | 25/50 yrs | Avg. | 50% | (33.74) | 155.73 |
| *Depreciation applied to tile flooring materials is based on age of approximately 25 years with a life expectancy of 50 years, based on advisement of the age of the materials. Xactimate pricing and depreciation database was utilized for this aspect of the estimate.* | | | | | | | | | |
| Vinyl Floor Covering Installer - per hour | | | | | | | | | |
| 2.00 HR | 86.91 | 0.00 | 34.76 | 208.58 | 0/NA | Avg. | 0% | (0.00) | 208.58 |
| *Additional labor to cut tile to fit around plumbing lines and other obstacles in this room.* | | | | | | | | | |
| Washing machine - Remove & reset | | | | | | | | | |
| 1.00 EA | 40.87 | 0.00 | 8.18 | 49.05 | 0/NA | Avg. | 0% | (0.00) | 49.05 |
| Dryer - Remove & reset | | | | | | | | | |
| 1.00 EA | 31.51 | 0.00 | 6.30 | 37.81 | 0/NA | Avg. | 0% | (0.00) | 37.81 |
| Content Manipulation charge - per hour | | | | | | | | | |
| 2.00 HR | 39.16 | 0.00 | 15.66 | 93.98 | 0/NA | Avg. | 0% | (0.00) | 93.98 |

| **Totals: Utility Room** | | **210.10** | **907.40** | **5,444.45** | | | | **2,160.91** | **3,283.54** |
|---|---|---|---|---|---|---|---|---|---|

| **Total: Lower Level** | | **210.10** | **907.40** | **5,444.45** | | | | **2,160.91** | **3,283.54** |
|---|---|---|---|---|---|---|---|---|---|

#### Main Level

DUBOSE_ROBERT-GLADYS

5/24/2021          Page: 2

8/21/2021   5:23:38 PM     PAGE   10/024     Fax Server

Fax Server

**Land Claims Services, LLC**

652 Blazing Trail
Oregonia, OH 45054
Tax ID #: 27-4478262

| **Bathroom** | | | | | | | | **Height: 8'** |

225.53  SF Walls          51.29  SF Ceiling
276.81  SF Walls & Ceiling     51.29  SF Floor
5.70   SY Flooring          27.77  LF Floor Perimeter
30.27   LF Ceil. Perimeter

**Door**                                    **2' 6" X 6' 8"**           **Opens into Exterior**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|----------|------|-----|-----|-----|----------|-------|-------|---------|-----|
| Remove Bathtub | | | | | | | | | |
| 1.00 EA | 78.14 | 0.00 | 15.62 | 93.76 | 0/50 yrs | Avg. | NA | (0.00) | 93.76 |
| Bathtub | | | | | | | | | |
| 1.00 EA | 789.79 | 31.78 | 164.32 | 985.89 | 25/50 yrs | Avg. | 50% | (219.64) | 766.25 |

*Depreciation applied to bath tub materials is based on age of approximately 25 years with a life expectancy of 50 years, based on advisement of the age of the materials. Xactimate pricing and depreciation database was utilized for this aspect of the estimate.*

| Caulking - silicone | | | | | | | | | |
| 34.00 LF | 2.03 | 0.48 | 13.90 | 83.40 | 10/5 yrs | Avg. | 75% [M] | (4.95) | 78.45 |

*Depreciation applied to caulk materials is based on age of approximately 10 years with a life expectancy of 5 years, based on advisement of the age of the materials. Xactimate pricing and depreciation database was utilized for this aspect of the estimate.*

| Remove and Replace Tub/shower faucet | | | | | | | | | |
| 1.00 EA | 306.15 | 10.92 | 63.40 | 380.47 | 25/20 yrs | Avg. | 75% [M] | (113.19) | 267.28 |
| Remove and Replace Shower drain - for use with waterproof membrane | | | | | | | | | |
| 1.00 EA | 212.36 | 11.37 | 44.74 | 268.47 | 25/100 yrs | Avg. | 25% | (39.28) | 229.19 |
| Remove and Replace Drain/Vent line - PVC pipe with fitting and hanger, 2" | | | | | | | | | |
| 4.00 LF | 12.70 | 0.51 | 10.26 | 61.57 | 25/100 yrs | Avg. | 25% | (1.78) | 59.79 |
| **Totals: Bathroom** | | **55.06** | **312.24** | **1,873.56** | | | | **378.84** | **1,494.72** |
| **Total: Main Level** | | **55.06** | **312.24** | **1,873.56** | | | | **378.84** | **1,494.72** |

| **General Conditions** | | | | | | | | | |

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|----------|------|-----|-----|-----|----------|-------|-------|---------|-----|
| Single axle dump truck - per load - including dump fees | | | | | | | | | |
| 1.00 EA | 192.67 | 0.00 | 38.54 | 231.21 | 0/NA | Avg. | NA | (0.00) | 231.21 |
| **Totals: General Conditions** | | **0.00** | **38.54** | **231.21** | | | | **0.00** | **231.21** |
| **Line Item Totals: DUBOSE_ ROBERT-GLADYS** | | **265.16** | **1,258.18** | **7,549.22** | | | | **2,539.75** | **5,009.47** |

[%] - Indicates that depreciate by percent was used for this item

[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

Fax Server    11/024    PAGE    5:23:38 PM    8/21/2021    Fax Server

**Land Claims Services, LLC**

652 Blazing Trail
Oregonia, OH 45054
Tax ID #: 27-0478262

### Grand Total Areas:

| | | |
|---|---|---|
| 427.53 SF Walls | 97.81 SF Ceiling | 525.33 SF Walls and Ceiling |
| 97.81 SF Floor | 10.87 SY Flooring | 52.61 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 57.61 LF Ceil. Perimeter |
| | | |
| 97.81 Floor Area | 117.90 Total Area | 427.53 Interior Wall Area |
| 533.13 Exterior Wall Area | 62.94 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

**Land Claims Services, LLC**

652 Blazing Trail
Oregonia, OH 45054
Tax ID #: 27-0478262

## Summary for Coverage A - Dwelling

| | |
|---|---:|
| Line Item Total | 6,025.88 |
| Material Sales Tax | 265.16 |
| Subtotal | 6,291.04 |
| Overhead | 629.09 |
| Profit | 629.09 |
| **Replacement Cost Value** | **$7,549.22** |
| Less Depreciation | (2,539.75) |
| **Actual Cash Value** | **$5,009.47** |
| Less Deductible | (250.00) |
| **Net Claim** | **$4,759.47** |
| Total Recoverable Depreciation | 2,539.75 |
| **Net Claim if Depreciation is Recovered** | **$7,299.22** |

Jay Land, AIC, AIM

8/21/2021 5:23:38 PM   PAGE 14/024   Fax Server

Fax Server

Lower Level

Utility Room

Furnace (A.U.)

5/24/2021

DUBOSE_ROBERT-GLADYS

8/21/2021 5:23:38 PM    PAGE    15/024    Fax Server

Fax Server

Main Level



5/24/2021

DUROSE_R OBERT GLADYS

## Land Claims Services, LLC

652 Blazing Trail
Oregonia, OH 45054
Tax ID #: 27-0178262

| | | |
|---|---|---|
| Insured: | Robert & Gladys Dubose | Cellular: (513) 604-8954 |
| Property: | 549 Bessinger Dr. | |
| | Cincinnati, OH 45240-3956 | |

Claim Rep.: James Lynch

| | | |
|---|---|---|
| Estimator: | Jay Land, AIC, AIM | Cellular: (614) 204-4232 |
| | | E-mail: |

Reference:
Company: Ohio Fair Plan Underwriting Assn
Business: 2500 Corporate Exchange Dr, Ste. 250
Columbus, OH 43231

**Claim Number:** **Policy Number:** **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 3/4/2021 | | |
| Date of Loss: | 3/2/2021 | Date Received: | 3/4/2021 |
| Date Inspected: | 3/4/2021 2:00 PM | Date Entered: | 4/3/2021 9:30 PM |

Price List: OHC18X_MAR21
Restoration/Service/Remodel
Estimate: DUBOSE_ROBERT-
GLADYS

Note: This is a repair estimate, only. This is not an authorization to repair. Authorization to repair and guarantee of payment must come from the owner of the property. No inspector or appraiser has authority to authorize repair or guarantee payment. We do not assume any responsibility of repairs that may be made.

$ILD\ 270883$

Form **W-9**

(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

▶ Go to www.irs.gov/FormW9 for instructions and the latest information.

Give Form to the requester. Do not send it to the IRS.

1. Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Wingate Mechanical Inc

2. Business name/disregarded entity name, if different from above

3. Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☒ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4. Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

(Applies to accounts maintained outside the U.S.)

5. Address (number, street, and apt. or suite no.) See instructions.

11840 Kemper Springs Drive

6. City, state, and ZIP code

Cincinnati, OH 45240

7. List account number(s) here (optional)

Requester's name and address (optional)

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see What Name and Number To Give the Requester for guidelines on whose number to enter.

Social security number

☐☐☐ - ☐☐ - ☐☐☐☐

or

Employer identification number

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶   Date ▶ 7-20-20

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/FormW9.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.

Cat. No. 10231X                          Form **W-9** (Rev. 10-2018)

ILD 270883

P17

## CONTRACTOR CERTIFICATION

Business Name: Wingate Mechanical

Owner Name: Chris Wingate

Business Address: 11800 Kemper Springs drive

City: Cincinnati _____ State: OH ___ Zip Code: 45240

Telephone ( 513 ) 739 4338 ___ E-mail: _____

Property Owner's Name: N/A

Property Address: _____

City: _____ State: _____ Zip Code: _____

Insurance Carrie: _____ Claim No. _____

The undersigned certifies that, where required by applicable law, the business named above holds a valid, unexpired contractor's license, maintains worker's compensation and liability insurance, and is bonded by
Fidelity _____ (Surety Company).

The undersigned certifies that all damages to the property will be repaired per the insurance adjuster's report under the claim number referenced above and confirms that the repairs shall comply with all applicable zoning, permit and state and local building codes. The estimated cost of the repairs is $ _____

Wingate Mechanical
Name of Business

HVAC - $4,800.00
plumbing · $2,800 47

Signature of Authorized Contractor Representative(s)

Randi Leah        HR
Printed Name and Title

1/23/21
Date

Rushmore Loan Management, Attn: Loss Draft Department, PO Box 791439, San Antonio, TX 78279-1439
Phone: (866)-661-9372  Fax: (866) 321-2435

P15

8/21/2021  5:23:38 PM   PAGE   18/024   Fax Server

Fax Server

Third Party Authorization and Agreement to Release

Loan #: _____ ******6386
Property Address: ___549 BESSINGER DRIVE  CINCINNATI, OH 452403956___
ILD: 270883

I do hereby authorize Rushmore Loan Management (my lender/mortgage servicer) to release or otherwise provide any and all information related to the claim file referenced above to the following 3rd party:

_Chris Wingate_ or _Wingate Mechanical_ in his/her capacity as
**Name**    **Company (if applicable)**

_HVAC repair_    _513-738-4238_
**Relationship (if applicable)**    **Phone #**

The lender/mortgage servicer will take reasonable steps to verify the identity of the 3rd party authorized above, but will have no responsibility or liability to verify the true identity of the 3rd party when he/she asks to discuss my claim file or seek information about my claim file. Nor shall the lender/mortgage servicer have any responsibility or liability for what the requestor may do with the information he/she obtains concerning my claim file.

I do hereby indemnify and forever hold harmless the lender/mortgage servicer from all actions and causes of actions, suits, claims, attorney fees, or demands against the lender/mortgage servicer which I and/or my heirs may have resulting from the lender/mortgage servicer discussing my claim file and/or providing any information concerning my claim file to the above named 3rd party or person identifying themselves to be that requestor.

If you agree to this Authorization and the terms of the Release as stated above, please sign, date, and fax this form to (866) 321-2435.

Note: No information concerning your claim file will be provided to the 3rd party until we have received this executed document. The authorization needs to be in the name of an individual (not a company) and a form needs to be completed for each authorized individual. All mortgagors listed on the Mortgage must sign.

Printed Customer Name    Customer Signature    Date
_Robert L DuBose_    _Robert L DuBose_    _7-13-21_

Printed Customer Name    Customer Signature    Date
_GlADYs DuBose_    _Gladys DuBose_    _7-13-21_

P19

**Loan Number: \*\*\*\*\*\*6386**

ROBERT L DUBOSE JR
549 BESSINGER DRIVE
CINCINNATI, OH 452403956

## Letter of Financial Responsibility

Rushmore Loan Management has been advised that there has been property damage to the above referenced property. Rushmore Loan Management requires the contractor's bid match and not exceed the amount of damages identified by the insurance carrier's filed claim. A discrepancy currently exists between the covered amount of damages paid by your insurance company and the amount of your contractor's bid. Specifically, your contractor's bid to repair the estimated damages exceeds the amount issued for covered damages by the insurance company. This Letter of Financial Responsibility serves as confirmation that you will be responsible for payment of the amount of repairs that exceed the amount of insurance claim funds issued by the carrier along with attesting to the following statements:

1. I/We understand that the contractor's bid exceeds the amount of funds issued by my insurance carrier.
2. I/We understand that I/We will be responsible for any payment to the contractor that is above and beyond the amount of funds issued by the insurance carrier prior to the final disbursement is released by Rushmore Loan Management.
3. I/We understand that any inspection results will be based upon repairs completed to the property in conjunction with the original scope of damage. If the insurance carrier is unable to provide a detailed scope of damage, the contractor's bid may then be utilized to verify repair status.
4. I/We understand that any disbursements issued past the initial draw will require satisfactory inspection results based upon the loss draft guidelines in conjunction with item #3 on this Letter of Financial Responsibility.
5. I/We understand that Rushmore Loan Management is not responsible for payment of damages that extend beyond the settled amount of damages provided by the insurance carrier.

By signing below, I/We acknowledge and agree to the above terms and conditions.

| | |
|---|---|
| _Robert L. DuBose_ | 6-22-21 |
| Borrower 1 | Date |
| _(signature)_ | 6-22-21 |
| Borrower 2 | Date |

8/21/2021   5:23:38 PM   PAGE   20/024   Fax Server

Fax Server

P21

**Mortgagor's Intent To Repair**

Loan Number: ******6386

Date of Loss: _____

ILD#: 270883

I/we, the undersigned mortgagor(s) being first duly sworn depose and state that I/we am/are the owner(s) of the property located at 549 BESSINGER DRIVE, CINCINNATI, OH 452403956 and that on or about 03/02/2021, the improvements on said Property were damaged and all damage has been, or will be, fully repaired and that the repaired portion of the Property and improvements are now or will be in as good a condition as the Property and improvements were prior to the damage. The Mortgagor(s) further state(s) that the repairs to the Property have been, or will be, fully paid from the proceeds of the Loss Draft from _Rushmore Loan Mgmt_ and that no mechanic's or materialmen's liens are attached or will be attached to the Property by reason of said repairs.

Mortgagor _Robert L. Dubose Jr._  Date 6-22-21

Mortgagor _Judy Dubose_  Date 6-22-21

P11

**Loan Number: \*\*\*\*\*\*6386**

ROBERT L DUBOSE JR
BESSINGER DRIVE
CINCINNATI, OH 452403956

### Letter of Financial Responsibility

Rushmore Loan Management has been advised that there has been property damage to the above
referenced property. Rushmore Loan Management requires the contractor's bid match and not exceed
the amount of damages identified by the insurance carrier's filed claim. A discrepancy currently exists
between the covered amount of damages paid by your insurance company and the amount of your
contractor's bid. Specifically, your contractor's bid to repair the estimated damages exceeds the
amount issued for covered damages by the insurance company. This Letter of Financial Responsibility
serves as confirmation that you will be responsible for payment of the amount of repairs that exceed the
amount of insurance claim funds issued by the carrier along with attesting to the following statements:

1. I/We understand that the contractor's bid exceeds the amount of funds issued by my insurance
   carrier.
2. I/We understand that I/We will be responsible for any payment to the contractor that is above and
   beyond the amount of funds issued by the insurance carrier prior to the final disbursement is
   released by Rushmore Loan Management.
3. I/We understand that any inspection results will be based upon repairs completed to the property
   in conjunction with the original scope of damage. If the insurance carrier is unable to provide a
   detailed scope of damage, the contractor's bid may then be utilized to verify repair status.
4. I/We understand that any disbursements issued past the initial draw will require satisfactory
   inspection results based upon the loss draft guidelines in conjunction with item #3 on this Letter
   of Financial Responsibility.
5. I/We understand that Rushmore Loan Management is not responsible for payment of damages
   that extend beyond the settled amount of damages provided by the insurance carrier.

By signing below, I/We acknowledge and agree to the above terms and conditions.

_____         7-13-21
Borrower 1                      Date

_____         7-13-21
Borrower 2                      Date



P21

**Conditional Waiver and Release of Liens**

Loan Number: ******6386

ILD#: 270883

The undersigned, having furnished materials and/or performed labor in connection with the construction (the "Project") of certain improvements located at:
BESSINGER DRIVE, CINCINNATI in
_____HAMILTON_____ County, _OH_ State (the "Property"), for and in consideration of the payment to the Contractor of the sum hereinafter specified, does hereby acknowledge and release as follows:

| Contract Total | Payments Received | Unpaid Balance |
|---|---|---|
| $ 7632.47 | $ 3862 00 | $ 3770 47 |

Upon receipt of the unpaid balance due in the amount of $ 3 770 47 , being full and final payment for all materials furnished and/or labor performed by Contractor for the Project (the "Work");

1. Contractor will waive and release any and all liens, rights and interests (whether choate or inchoate, and including, without limitation, all mechanics and materialmen's liens under the Constitution and statutes of the "Property" state) which are or may be owned, claimed or held by Contractor in and to the Property and the improvements constructed thereon by reason of the Work or otherwise, and Contractor will thereby RELEASE AND FOREVER DISCHARGE any and all claims, debts, demands or causes of action that Contractor has or may have as a result of the same including, without limitation, any liens of Contractor for the Work now or hereafter filed for record in said County.

2. Contractor represents warrants and certifies that all bills owed by Contractor for materials furnished and labor performed in connection with the Work have been or will be fully paid and satisfied. If for any reason a lien or liens are filed for materials or labor against the Property by virtue of Contractor's participation in the Project by any person claiming by, through or under the Contractor, then Contractor will immediately obtain a settlement of such lien or liens and obtain and furnish to the owners of the Property a release thereof. Contractor shall indemnify such owners and their respective heirs, successors and assigns from any such bill or liens and from all costs and expenses, including attorney's fees, incurred in discharging any such bill or removing any such liens.

Date: 7.14 , 2021

Wingck Mechanical
Company Name

Authorized Signature

Chris Wingck   Owner
Printed Name and Title

P13

## CONTRACTOR CERTIFICATION

Business Name: _Wingate Mechanical_

Owner Name: _Chris Wingate_

Business Address: _11860 Kemper Springs_

City: _Cincinnati_ State: _OH_ Zip Code: _45240_

Telephone (_513_) _739-4238_ E-mail: ___

Property Owner's Name: _Robert L. DuBose JR._

Property Address: _549 BESSINGER DR._

City: _FOREST PARK_ State: _OH_ Zip Code: _75240_

Insurance Carrier: _OHIO FAIR PLAN_ Claim No. _159036_

The undersigned certifies that, where required by applicable law, the business named above holds a valid, unexpired contractor's license, maintains worker's compensation and liability insurance, and is bonded by _Fidelity_ (Surety Company).

The undersigned certifies that all damages to the property will be repaired per the insurance adjuster's report under the claim number referenced above and confirms that the repairs shall comply with all applicable zoning, permit and state and local building codes. The estimated cost of the repairs is $ _7,032.4_.

_Wingate Mechanical_
Name of Business

_(signature)_
Signature of Authorized Contractor Representative(s)

_Chris Wingate_
Printed Name and Title

_7.14.21_
Date

Rushmore Loan Management, Attn: Loss Draft Department, PO Box 791439, San Antonio, TX 78279-1439
Phone: (866)-661-9372  Fax: (866) 321-2435

P15