**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

IN RE:

Robert L. DuBose, Jr.
Gladys Saturday DuBose

Debtor(s)

Case No. 18-11747
Chapter 13
Hon. Jeffery P. Hopkins

**DEBTORS ROBERT L. DUBOSE, JR. AND GLADYS SATURDAY DUBOSE MOTION FOR CONTEMPT AGAINST CREDITOR U.S. BANK TRUST N.A. AS TRUSTEE FOR THE RMAC TRUST, SERIES 2018G-CTT**

Debtors Robert L. Dubose, Jr. and Gladys Saturday DuBose ("Dubose" or "Debtors") and for their Motion for Contempt against Creditor U.S. Bank Trust, N.A. as Trustee for the RMAC Trust, Series 2018G-CTT as Trustee for the RMAC Trust, Series 2018G-CTT ("Creditor" or "U.S. Bank") states the following:

**INTRODUCTION**

1.      This is an action for actual damages, statutory damages, punitive damages, and legal fees and expenses filed by Debtors Robert L. DuBose and Gladys Saturday DuBose against Creditor U.S. Bank Trust, N.A. as Trustee for the RMAC Trust, Series 2018G-CTT for its improper actions and conduct which are not in compliance with and are in fact in violation of the Automatic Stay Provisions (11 U.S.C. 362).

**JURISDICTION AND VENUE**

2.      Jurisdiction is conferred on this Court pursuant to 28 U.S.C. §1334 in that this proceeding arises in and is related to the above-captioned Chapter 13 case under Title 11 and concerns property of the Debtors in that case.

**PARTIES**

3.      Debtors Robert L. DuBose, Jr. and Gladys Saturday DuBose are the Debtors in

this underlying Chapter 13 Petition and are each a natural person residing in the City of Cincinnati, County of Hamilton, State of Ohio. The Debtors have resided at this location for all relevant times.

4. Debtors are each a "consumer" and "Debtors" as those terms are defined under the applicable Federal and State Statutes.

**FACTUAL ALLEGATIONS**
**(Procedural History of Case)**

5. The Debtors filed their petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code on May 7, 2018. Debtors listed their ownership interest in the property located at 549 Bessinger Drive, Cincinnati, OH 45240. *See Doc. No. 1*. On Schedule D, Line 2.2 the Debtors specifically listed the Secured Claim held by Wells Fargo in the amount of $101,590.00. *See Doc. No. 1* at p. 18.

6. On April 28, 2021 a Notice of Transfer Proof of Claim was filed transferring the claim to U.S. Bank Trust, N.A. as Trustee for the RMAC Trust, Series 2018G-CTT ℅ Rushmore Loan Management Services.

7. On September 15, 2021 Debtors filed a Motion to Retain Insurance Proceeds. *See* Doc. No. 36

8. On October 18, 2021 the Motion to Retain was granted. *See* Doc. 37.

9. Between October 21, 2021 and November 3, 2021 the Debtors had multiple telephonic conversations with customer service representatives with Rushmore notifying them of the Motion, the Order, and demanding the insurance proceeds be disbursed to finish the necessary repairs.

10. On November 3, 2021 Debtor Robert DuBose sent a copy of the order to

Rushmore via facsimile at a number provided to him by Rushmore. The fax was confirmed as received by Rushmore on a subsequent call on November 3, 2021.

11. On November 5, 2021 Debtor's counsel faxed to Creditor's agent, Michelle Ghidotti, Esq., a copy of the Motion to Retain along with the Order.

12. On November 5, 2021 Debtor's counsel left a message for Michelle Ghidotti's staff with no response.

13. Despite all of the actions described in Paragraphs 9 through 12 above along with at least one, if not multiple, calls from Debtors' contractors to Rusbnmore, the Debtors have not received any check from Rushmore Loan Management Services for the insurance proceeds.

14. The failure of Rushmore to pay the insurance proceeds to the Debtors has placed the Debtors at imminent risk of immediate harm to their health and economically as since the Order has been granted, the temperatures have begun to dip below freezing as Debtors have had to incur expenses related to alternative heating sources and have a grave concern that their pipes may freeze should these issues persist into December and throughout the winter. In addition to these economic damages, Debtors have both suffered non-economic damages proximately caused by the actions and inactions of Rushmore related to the stress, anxiety, worry, embarrassment, and frustration of not having these funds to perform these necessary repairs.

**WHEREFORE,** Debtors Robert L. DuBose, Jr. and Gladys Saturday DuBose having set forth their claims for relief against the Creditor Rushmore Loan Management Services respectfully requests of this Court as follows:

A) For an Order Requiring Rushmore Loan Management Services to Turnover the insurance proceeds to Debtors' Counsel within seven (7) days of an Order Granting Debtor's Relief

pursuant to 11 U.S.C. 105;

B) For an award for actual damages in an amount to be determined for the allegations contained in Count One pursuant to 11 U.S.C. 105 and/or 11 U.S.C. 362(k);

C) For an award of punitive damages in any amount, this Court deems proper for the Debtor pursuant to 11 U.S.C. § 105 and/or 11 U.S.C. 362(k) for the violations of the automatic stay contained in Count One;

D) For an award of Litigation Counsel and Debtor Counsel's reasonable attorney fees pursuant to this Court's authority under 11 U.S.C. § 105 for the violations contained in Count One; and

E) That the Debtors have such other and further relief as the Court may deem just and proper.

Date: November 15, 2021

Respectfully Submitted,

/s/Brian D. Flick
Brian D. Flick 0081605
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
216/373-0539
216/373-0536 - fax
notices@dannlaw.com
*Litigation Counsel for Debtor*

NOTICE

Your counsel has filed papers with the Court a Motion in Contempt.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy. If you do not have one, you may wish to consult one.

If you do not want the court to grant the Motion in Contempt or if you want the court to consider your views on the Motion, then within twenty-one (21) days from the date of service as set forth in the certificate of service below you or your attorney must file with the court a written request for a hearing {or, if the court requires a written response, an answer, explaining your position} at:

>Clerk of the US Bankruptcy Court
>Atrium Two, Suite 800
>221 East Fourth Street
>Cincinnati, Ohio 45202

You must also mail a copy to:

| | |
|---|---|
| Brian D. Flick, Esq.<br>DannLaw, 15000 Madison Avenue<br>Lakewood, OH 44107 | Margaret Burks, Chapter 13 Trustee<br>600 Vine Street<br>Suite 2200<br>Cincinnati, OH 45202 |

Office of the US Trustee
J.W. Peck Federal Building
550 Main Street
Room 4-812
Cincinnati, Ohio 45202

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

| | |
|---|---|
| Date: November 15, 2021 | /s/ Brian D. Flick, Esq.<br>Brian D. Flick, Esq. (0081605)<br>DannLaw<br>15000 Madison Avenue<br>Lakewood, OH 44107<br>(513) 645-3488<br>(216) 373-0539 e-fax<br>notices@dannlaw.com<br>*Attorney for Debtor(s)* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion in Contempt was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

by **first class mail** on November 15, 2021 addressed to:

Robert L. DuBose, Jr.
Gladys DuBose
549 Bessinger Drive
Cincinnati, OH 45240


All creditors on the attached matrix

/s/ Brian D. Flick, Esq.
Brian D. Flick, Esq. (0081605)
DannLaw
*Attorney for Debtor(s)*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-1<br>Case 1:18-bk-11747<br>Southern District of Ohio<br>Cincinnati<br>Thu Jul  2 18:47:15 EDT 2020 | Asst US Trustee (Cin)<br>Office of the US Trustee<br>J.W. Peck Federal Building<br>550 Main Street, Suite 4-812<br>Cincinnati, OH 45202-5212 | BioWorks<br>PO Box 641089<br>Cincinnati, OH 45264-1089 |
| Margaret A Burks<br>600 Vine Street<br>Suite 2200<br>Cincinnati, OH 45202-2491 | CITY OF FOREST PARK<br>c/o Weltman, Weinberg & Reis, Co.,L.P.A.<br>323 W. Lakeside Avenue, Ste 200<br>Cleveland, OH 44113-1009 | (p)CHOICE RECOVERY INC<br>1550 OLD HENDERSON ROAD<br>STE 100<br>COLUMBUS OH 43220-3662 |
| Cincinnati Bell<br>P.O. Box 748003<br>Cincinnati, OH 45274-8003 | City of Forest Park<br>1201 W. Kemper Road<br>Cincinnati, OH 45240-1697 | Dr. Leonards/Carol Wright<br>1515 S. 21st St.<br>Clinton, IA 52732-6676 |
| Gladys Saturday DuBose<br>549 Bessinger Dr.<br>Cincinnati, OH 45240-3956 | Robert L DuBose Jr.<br>549 Bessinger Dr.<br>Cincinnati, OH 45240-3956 | Duke Energy<br>Bankruptcy Dept.<br>PO Box 1006-EC03T<br>Charlotte, NC 28201 |
| Good Samaritan Hospital<br>P.O. Box 740740<br>Cincinnati, OH 45274-0740 | Adam Bradley Hall<br>Manley Deas Kochalski<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Key Bridge Medical Revenue Care<br>2343 Baton Rouge<br>PO Box 1568<br>Lima, OH 45802-1568 |
| Laboratory Corporation of America<br>PO Box 2240<br>Burlington, NC 27216-2240 | Massey's<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Mercy Health<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| Mercy Health Partners<br>PO Box 630804<br>Cincinnati, OH 45263-0804 | Mercy Health Physicians<br>PO Box 630827<br>Cincinnati, OH 45263-0827 | Mercy Hospital Fairfield<br>PO Box 630804<br>Cincinnati, OH 45263-0804 |
| Monroe & Main<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Monroe and Main<br>1112 7th Ave.<br>Monroe, WI 53566-1364 | Montgomery Ward<br>1112 7th Ave.<br>Monroe, WI 53566-1364 |
| Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Ohio GI and Liver Institute<br>PO Box 631217<br>Cincinnati, OH 45263-1217 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Receivables Management LLC<br>1809 N .Broadway Rd.<br>Greensburg, IN 47240-8217 | Receivables Performance Management LLC<br>20816 44th Avenue W.<br>Lynnwood, WA 98036-7744 |

| | | |
|---|---|---|
| Robert Samaan, MD<br>3050 Mack Rd.<br>Suite 305<br>Fairfield, OH 45014-5376 | SENEX SERVICES CORP<br>3333 FOUNDERS RD, 2ND FLOOR<br>INDIANAPOLIS, IN 46268-4932 | SYNCB/Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Senex Services<br>3333 Founders Road<br>Suite 200<br>New Augusta, IN 46268-4932 | Senex Services Corp.<br>3077 E 98th St., Ste 250<br>Indianapolis, IN 46280-2909 | Spectrum Time Warner<br>PO Box 1060<br>Carol Stream, IL 60132-1060 |
| Swiss Colony<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | The Swiss Colony<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| Tri-State Centers for Sight<br>PO Box 631662<br>Cincinnati, OH 45263-1662 | TruPartner Credit Union<br>1717 Westen Ave.<br>Cincinnati, OH 45214-2007 | Wells Fargo<br>PO Box 10335<br>Des Moines, IA 50306-0335 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121-7700 | Wells Fargo Bank, NA<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Nicholas A Zingarelli<br>DannLaw<br>2181 Victory Parkway<br>Suite 101<br>Cincinnati, OH 45206-2907 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Choice Recovery
1550 Old Henderson Rd., Ste. S100
Columbus, OH 43220

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Senex Services Corp. | (u)Wells Fargo Bank, N.A. | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients     2<br>Total                   46 |